ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3749
     Facsimile: (213) 894-0142
     E-mail: timothy.searight@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-00527-GW |
|---|---|
| Plaintiff, | ORDER AND FINDINGS OF FACT RE: EXCLUDABLE TIME; STATUS CONFERENCE |
| v. | |
| JOHN DARRELL KROKOS et al., | |
| Defendant. | |

THE COURT MAKES THE FOLLOWING FINDINGS OF FACT:

1.  For defendants Eduardo Olivares, Roberto Valle, Carlos Verdugo-Miranda, Daniel Verdugo, Antonio Akira-Tomatani and Jason Merritt, and excepting defendant Zaid Wakil for whom different scheduling dates have been established, a status conference is currently set for February 27, 2014.  The Court has previously made findings of fact re: Speedy Trial Act for all defendants through February 27, 2014.

2.  The government has stated that discovery in this case is voluminous.  As an indication of that, the government has provided discovery on an external hard drive.  The defendants have indicated

that they require further time to review the discovery in preparation for trial and pre-trial motions.  Therefore, and pursuant to the stipulation of the above-listed defendants and the government, the Court finds that the period of time from February 27, 2014 through May 1, 2014 is a period of excludable delay because it is a period of delay requested by these defendants and counsel for the government Aon the basis. . . that the ends of justice served by taking such action outweigh the best interest of the defendant and the public in a speedy trial within the meaning of 18 U.S.C. §§ 3161(h)(7)(A).  Specifically, the court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case is sufficiently complex due to the number of defendants, the discovery materials provided, and the nature of the prosecution "that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits" established by the Speedy Trial Act.  The Court also notes that above listed defendants have indicated that, based upon a review of the indictment, they may pursue various pre-trial motions, including suppression motions and, therefore, the time period is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D).  The court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), that a failure to grant such a continuance, as requested by each above-

///
///
///
///

listed counsel, would result in a miscarriage of justice in as much as counsel for each defendant has indicated that they are insufficiently prepared for trial.

THE COURT SO FINDS.  For the above-listed defendants, and excepting defendant Zaid Wakil for whom different dates have been established, the Court vacates the current status conference date of February 27, 2013 and sets a new status conference for May 1, 2014 at 10:30 a.m.

IT IS SO ORDERED.

DATE : February 28, 2014

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

/S/

TIMOTHY J. SEARIGHT
Assistant United States Attorney

3